Michael J. Macco
Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, NY  11749

*This Order relates to a hearing on July 25, 2017*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
In re:                                        **tmm1634**
                                              CHAPTER 13
GEORGE LEWIS                                  CASE NO. 17-42452-608

                    Debtor(s).    **ORDER**
---------------------------------------------------X

Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed <u>with prejudice</u>, and same having come on to be heard before the Honorable Carla E. Craig on the 25th day of JULY, 2017, and Michael J. Macco, Chapter 13 Trustee, having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed <u>with prejudice</u>, and that sufficient cause has been shown, it is

**ORDERED**, that pursuant to the provisions of 11 U.S.C. §§109(g), 521 & 1307(c), the above referenced Chapter 13 case is hereby dismissed <u>with</u> <u>prejudice</u>, ~~prohibiting the debtor(s)~~ ***and the debtor is prohibited*** from filing another petition under ~~any~~ chapter ***13 or converting a Chapter 7 to Chapter 13 (CEC)*** for a period of one (1) year from the date of this Order without prior consent of the Court.



**Dated: Brooklyn, New York
August 1, 2017**

_____
**Carla E. Craig
United States Bankruptcy Judge**